NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KOSS CORPORATION,**
*Appellant*

v.

**BOSE CORPORATION,**
*Cross-Appellant*

2023-1173, 2023-1179, 2023-1180, 2023-1191

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00680 and IPR2021-00612.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for all of the appeals. The revised official caption is reflected above. The Certified Lists are

due no later than January 3, 2023.

                                              FOR THE COURT

December 5, 2022          /s/ Peter R. Marksteiner
      Date                 Peter R. Marksteiner
                              Clerk of Court