| | |
|---|---|
| **FORM 9A.** Notice of Related Case Information | Form 9A (p. 1)<br>March 2023 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1173, 2023-1179, 2023-1180, 2023-1191

**Short Case Caption** KOSS Corp. v. Bose Corp.

**Filing Party/Entity** Bose Corporation, Cross-Appellant

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

The following cases in which U.S. Patent No. 10,469,934 has been asserted may directly affect or be directly affected by this Court's decision in this appeal:
* Koss Corp. v. Bose Corp., 1:20-cv-12193-RGS (D. Mass.);
* Koss Corp. v. Plantronics, Inc. et. al., 4:21-cv-03854-JST (N.D. Cal.);
* Koss Corp. v. Skullcandy, Inc., 2:21-cv-00203-DDB-JCB (D. Utah).
The following cases in which U.S. Patent No. 10,206,025 has been asserted may directly affect or be directly affected by this Court's decision in this appeal:
* Koss Corp. v. Bose Corp., 1:20-cv-12193-RGS (D. Mass.);
* Koss Corp. v. Plantronics, Inc. et. al., 4:21-cv-03854-JST (N.D. Cal.);
* Koss Corp. v. PEAG, LLC, 3:21-cv-01177-CAB-JLB (S.D. Cal.);
* Koss Corp. v. Skullcandy, Inc., 2:21-cv-00203-DDB-JCB (D. Utah).
The following cases pending in this Court have been designated as companion cases:
* Koss Corp. v. Vidal, Case No. 2022-2091 (Fed. Cir.);
* Koss Corp. v. Vidal, Case No. 2022-2115 (Fed. Cir.);
* Koss Corp. v. Bose Corp., Case No. 2022-2090 (Fed. Cir.).

☐     Additional pages attached

FORM 9A. Notice of Related Case Information                                    Form 9A (p. 2)
                                                                                March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Koss, Corporation, Bose Corporation, Apple Inc., Plantronics, Inc., Polycom LLC f/k/a Polycom, Inc., Skullcandy, Inc., PEAG, LLC, U.S. Patent and Trademark Office

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> K&L Gates (Benjamin E. Weed, Brandon R. Dillman, Darlene F. Ghavimi, Erik J. Halverson, Gina A. Johnson, John C. Blessington, Melissa M. Haulcomb, Peter E. Soskin, Amanda C. Maxfield, Jim A. Shimota, Philip A. Kunz, Christopher M. Verdini, Lauren K. Shuttleworth Murray, Mark G. Knedeisen, Michelle Weaver, Ragae M. Ghabrial)
> Wolf Greenfield & Sacks, P.C. (Daniel M. Huttle, Michael N. Rader, Nathan R. Speed, Greg S. Nieberg)
> Winston & Strawn (Eimeric Reig-Plessis, James C. Lin, Katherine A. Vidal, Katrina Eash, Kelly C Hunsaker, Samantha M Lerner)

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/16/2023              Signature:  /s/ Michael N. Rader

                              Name:       Michael N. Rader

3. Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B). (continued)

- Ray Qunney & Nebeker P.C. (Samuel C. Straight)
- TraskBritt P.C. (James C. Watson, Jeffrey Gunn, W. James Wright)
- J. Lorenzo Law (Jayson M. Lorenzo, Ryan J. Altomare)
- U.S. Patent and Trademark Office (Farheena Yasmeen Rasheed, Michael S. Forman, Thomas W. Krause, Benjamin T. Hickman)