**2023-1173, 2023-1179, 2023-1180, 2023-1191**

_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

KOSS CORPORATION,

*Appellant,*

v.

BOSE CORPORATION

*Cross-Appellant.*

_____

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00680 and IPR2021-00612*

_____

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CROSS-APPELLANT'S MOTION TO DISMISS**

_____

Under Federal Circuit Rules 26(b) and 27, Appellant Koss Corporation respectfully moves for a 14-day extension of the deadline to file its response to Cross-Appellant's Motion to Dismiss (Dkt. 35), which is currently due October 2, 2023. This is Appellant's second request for an extension of time in this appeal and the first request related to Cross-Appellant's Motion to Dismiss. Appellant previously requested, and was granted, a 14-day extension to file its response brief. Dkt. 23. The extension sought here would extend the due date for Appellant's

507047631.1

response to the Motion to Dismiss up to and including Monday, October 16, 2023. Counsel for Cross-Appellant, Bose Corporation, has indicated that Cross-Appellant will not oppose this motion.

Dated: September 22, 2023

Respectfully submitted,

K&L GATES LLP

/s/ Mark G. Knedeisen
Mark G. Knedeisen
Christopher M. Verdini
Michelle Weaver
Laurén K. Shuttleworth Murray
Ragae M. Ghabrial
K&L Gates LLP
210 Sixth Ave.
Pittsburgh, PA 15222
Phone: (412) 355-6500
mark.knedeisen@klgates.com
christopher.verdini@klgates.com
michelle.weaver@klgates.com
lauren.murray@klgates.com
brian.bozzo@klgates.com

*Attorneys for Appellant Koss Corporation*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2023-1173, 2023-1179, 2023-1180, 2023-1191 |
| **Short Case Caption** | Koss Corp. v. Bose Corp. |
| **Filing Party/Entity** | Koss Corp. |

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: Sept. 22, 2023

Signature:   /s/ *Mark G. Knedeisen*

Name:   Mark G. Knedeisen

i

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☒ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☒ None/Not Applicable |
| Koss Corp. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☒   None/Not Applicable   ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable   ☐   Additional pages attached

| |
|---|
| *Koss Corp. v. Skullcandy, Inc.*, Nos. 2:21–cv–00203  (D. Utah) |
| *Koss Corp. v. PEAG LLC*, No. 3:21–cv–01177 (S.D. Cal.) |
| *Koss Corp. v. Bose Corp.*, No. 1:20-cv-12193 (D. Mass.) |
| *Koss Corp. v. Vidal*, Case No. 2022-2091 (Fed. Cir.) |
| *Koss Corp. v. Bose Corp*., Case No. 2022-2090 (Fed. Cir.) |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☒   None/Not Applicable   ☐   Additional pages attached

| | | |
|---|---|---|
| | | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 22nd day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which thereby served a copy upon all counsel of record via email or electronic means.

/s/ Mark G. Knedeisen
Mark G. Knedeisen