# United States Court of Appeals for the Federal Circuit

---

**KOSS CORPORATION,**
*Appellant*

v.

**BOSE CORPORATION,**
*Appellee*

---

2022-2090

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00297.

-------------------------------------------------

**KOSS CORPORATION,**
*Appellant*

v.

**BOSE CORPORATION,**
*Cross-Appellant*

---

2023-1173, 2023-1179, 2023-1180, 2023-1191

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00612, IPR2021-00680.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

<u>July 19, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court